OPINION — AG — 70 O.S. 1976 Supp. 6-104 [70-6-104], DOES NOT PROHIBIT A NEGOTIATIONS AGREEMENT UNDER WHICH MORE THAN SIXTY(60) DAYS UNUSED SICK LEAVE MAY BE BE ACCUMULATED. HOWEVER, UNDER THE SAME SECTION, A NEGOTIATION AGREEMENT MAY NOT LEGALLY PROVIDE FOR A SICK LEAVE PLAN WHICH PROVIDES FOR LESS THAN THE MINIMALLY REQUIRED SIXTY(60) DAYS ACCUMULATED SICK LEAVE. (SCHOOL/TEACHERS BENEFITS) (R. THOMAS LAY)